Plaintiff's Name: Tre'Auna L. Turner
CDCR No.: WE0519-Snf-R.m.6
Address: P.O. Box 1508
Chowchilla, CA
93610-1508.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:21-cv-01721-BAM (PC)

(Name of Plaintiff) Tre'Auna L. Turner     (Case Number)

vs. Central California Womens
facilitie (A) Warden, MR. M, Pallares
Medical C.E.O, Robert Mitchell, M.D.
Phesician, B. Showalter, M.D.
Prison law office
Donald Specter, Attorney at Law
General Delievere

(Names of all Defendants)

CIVIL RIGHTS COMPLAINT UNDER:
☐ 42 U.S.C. 1983 (State Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page): ✗

  A. Have you brought any other lawsuits while a prisoner? Yes____ No ✗

  B. If your answer to A is yes, how many? _____

  Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants _____

   2. Court (if Federal Court, give name of District; if State Court, give name of County)
      _____

   3. Docket Number _____    4. Assigned Judge _____

5. Disposition (was the case dismissed? Appealed? Is it still pending?)

_____

6. Filing Date (approx.) _____   7. Disposition Date (approx.) _____

II. Exhaustion of Administrative Remedies

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, A[n]o action shall be brought with respect to prison conditions under [42 U.S.C. * 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted. 42 U.S.C. * 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes **X**   No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes **X**   No _____

C. Is the process completed?

Yes **X**   If your answer is yes, briefly explain what happened at each level.. 1st level: me (602) Complaint was refuted be (CCWF) Health Care Personnel stating I was provided proper medical care pursuant to the rules and regulations that is deemed (medical necessite) per Title 15. 2nd level; reconstructive surgery isnt a necessite and compensation; financial damages sustained is outside the jurisdiction of the health care grievance process. 3rd. level confirmed final decision. (All Remedies is exhausted.

No _____   If your answer is no, explain why not.

_____
_____
_____
_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name **MR. M. Pallares** is employed as **(CCWF)(A) Warden**
Current Address/Place of Employment **Central California Women's fac.lite (P.O. Box 1501) 23370 Road 22, Chowchilla, CA 93610-1501**

B. Name **MR. R. Mitchell** is employed as **(CCWF) Medical C.E.O**
Current Address/Place of Employment **Central California Women's fac.lite (P.O. Box 1501) 23370, Road 22, Chowchilla, CA 93610-1501**

C. Name **Ms. B. Showalter** is employed as **(CCWF) Physicians**
Current Address/Place of Employment **Central California Women's fac.lite (P.O. Box 1501) 23370, Road 22, Chowchilla, CA 93610-1501**

D. Name **Prisonlawoffice Donald Specter, Attorney at Law** is employed as **Inmates legal evidences**
Current Address/Place of Employment **San Quentin, CA 94964-0001 General delivery**

E. Name _____ is employed as _____
Current Address/Place of Employment _____

## IV. Causes of Action

(You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.): **Deliberate indifference; negligence in medical malpractice of misdiagnosed, lack of adequate examination, due to not addressing first findings in complaint leading to the rapid growth and spread of cancerous cells leading to the removal of me breast when if the first complaint was addressed in appropriate timely manner a Lumpectomy could've been sufficient.**

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.): **In the year of 2014, while showering I discovered a lump in me right breast the size of a dime. Scared so without delay I reported me finding after me shower to me prior phesician; MS. Lwin. M.D. I was given a examination that included a mammogram and ultrasound. However, being that I have zero abilite to standel nor walk, confined to a wheelchair and vere the (CCWF) Prison not at all having appropirate (ADA) accommodations totalle deprived me from a adequate breast examination. However none of me test results were accurate but still used for facts and findings towards a diagnoses. Then due to the lump continuing to grow and I continued to cre and toudle Complain about the rapid growths I was witnessing and worrling about**

## Supporting Facts

1. Claim 1: Continues
2. I was Finally sent out be me
3. new Physician Ms. Barbara
4. Showalter, M.D. off the Prison
5. grounds to Physician Kali,
6. Freeman, M.D. to his Modesto
7. advanced imaging Center for
8. a Core biopsy of the Lump in
9. me right breast. Then is when
10. I was misdiagnosed with a
11. breast disease named
12. (Fibroadenomatous). For
13. such breast disease that
14. could've been treated I was
15. deprived of one Potential
16. intervention with no re-
17. commendations for further
18. nor future follow-up's nor
19. monitoring required, although
20. it was highly transparent
21. and noted the Lump in me
22. Right breast had a on-going
23. rapid growth that was overlooked.

## Supporting Facts

### Claim 1: Continues

In the year of 2019, The lump in me right breast had grown so large the right breast was twice the size and weight of me left breast but me physician Ms. Showalter, M.D. continued to tell me its all in me mind and she continued to assure me the growths was non-cancerous and nothing to worry meself about because she's a cancer survivor and would know if the lump in me breast was cancerous; referring me back to me 2014 breast examination, diagnoses of (Fiboadenomatous) from me last biopsy in Modesto CA. at Physician Kal, Freeman office.

Supporting Facts
Claim 1: Continues

Me Physician MS. Showalter, M.D. went on Varies (Vacations) leaves and in between her leaves in 2019 Physician MS. Garica was doing ground rounds in (Snf) infirmare were I've been incarcerated and Permenantle housed on-going now for 12 Plus years I beg'd her to Please examine the enlarged growth in me right breast for a second opinion although me Physician MS. Showalter, M.D. stated to me the enlarged growth was non-cancerous and of no worries. Physician Garica acted upon me request and examined the enlarged growth and couldn't believe her eyes, requested for the enlarged growth be

# Supporting Facts

Claim 1: Continues and ends.

1. biopsied when I was
2. finally considered and
3. approved for a biopsy
4. I was on me death-
5. bed with 4th. Stage
6. (Lobular invasive Carcinoma)
7. of the right breast. Chemo
8. treatments verbally
9. denied be Physician
10. Showalter, M.D. on me
11. 1st. request. Had to sub-
12. mit a (602) CDCR appeals
13. in order for Physician
14. Showalter, M.D. to finally
15. Submit order for chemo
16. treatments that She then
17. falsife date on the chemo
18. order that She Submitted
19. as if She Submitted was
20. before the Submission of
21. me emergence appeal
22. for chemo treatments.

I [...] invasive 4th. Stage breast Cancer that Central California Womens facilite (SnF) infirmare Personnels was allowing me to Slowlie die off Causing me to not be able to file me Civil Complaint right aware like I had planned and wish todoso although me Civil Complaint is not late. Now Covid-19 is Keeping the Prison lock-down and modified please forgive me for the delete.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Performing Defensive medicine and Procedures To Show thee Covered the bases lowering their risk of a lawSuite.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

In the Eear 2017, The Lump in me right breast was So enlarged me breast was totallie disfigured with a discolored rashie, Patch growing on the external ara area of the lump that I was given Tac.5% Cream for treatment while Cancer was internallie Killing me Slowlie While in the Care of Central Californic

10

Supporting Facts

Claim 2: Continues
Womans facilite(Snf) in-
firmare Phesician.(CCWF)
Phesicians did the bare
minimum Per title 15 to
be able to state thee did for
me what was deem medically
necessare. However Violating
the Ethics Codes and Bills
of Rights. The Principles
of medical ethics and Pat-
ients Rights depriving me
of having the responsibili-
ties and opinion on me Care
and out Patient treatment
Which almost led to I
deing at a Vere earlie
age when the spread of
Cancerous Cells and the re-
moval of both of me
breast Could've been totale
Prevented if me Phesicians
Would've gave me me Patiences

Supporting Facts

Claim 2: Continues and Ends. Rights of being helpd and not harmed; (Failuar to Protect) Prison law office general deliever on all levels continue to turn a blind e-ee failing to help and report (ADA) Violations, mental health Violations and medical Violations. Prison law office is the one and only federal assistance a incarcerated individual have and whenever I report such deadly incidents that eventually lead to injore when unnecessarie delayed or denied through wrong treatment or Defensive medical treatments that clearly will not cure nor solve the problem Prison law when reporting to them through referrals they do nothing although they claim their fighting for incarcerated individuals on a daily, and due to such neglect I ask that the courts take away their funding. Prison laws use inmates for legal advise, but give none in return.

Due to the defendants unlawful actions leading to Plaintiffs life-time Suffering mind, body and soul due to Such Cancer Spreads being allowed when Such Cancer Spreads Could've been Preventable but the defendants refused on all levels to Prevent Such Spreads that went through-out me bodie almost killing me with on-going false medical theories and never facts that Such growths Couldn't be Cancer because Shes a Cancer Survivor herself and would know if it was Cancer. I trusted me Physician and

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

She failed me on all levels through Defensive medicine. I'm respectfully Prays in Jesus name for relief as follows: Award Plaintiff monetary damages (compensatory and Punitive in the amount of (5 million dollars) alone with Plaintiff award of the Costs of Suit and reasonable (Court) and attorneys Fees alone with all other and further relief as the Court deems Just and Proper. Isaiah 9:6.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12.6.21   Signature of Plaintiff: WE0519

(Revised 4/4/14)