1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | TREAUNA L. TURNER, | Case No.  1:21-cv-01721-JLT-BAM (PC) |

12 | Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S |

13 | v. | UNAUTHORIZED SUR-REPLY |

14 | PALLARES, *et al.*, | (ECF No. 51) |

15 | Defendants. | |

16

17      Plaintiff Treauna L. Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19 Plaintiff's first amended complaint against Defendants Showalter and Mitchell for deliberate

20 indifference to medical care in violation of the Eighth Amendment and against Defendants

21 Showalter, Mitchell, and Freeman for negligence (medical malpractice).

22      On March 14, 2023, Defendants Showalter and Mitchell filed a motion to dismiss

23 Plaintiff's state law claims for failure to comply with the Government Claims Act.  (ECF No. 30.)

24 Plaintiff filed an opposition, which was accepted as timely, on April 17, 2023.  (ECF No. 37.)

25 Following an extension of time, Defendants Showalter and Mitchell filed a reply on May 16,

26 2023.  (ECF No. 46.)  The motion is fully briefed.

27      On May 24, 2023, Plaintiff filed a motion for a ninety-day extension of time to object to

28 Defendants' reply in support of their motion to dismiss.  (ECF No. 48.)  The Court construed the

1   motion as a request for extension of time to file a surreply to Defendants' reply brief, and denied

2   the request.  (ECF No. 49.)

3          Nevertheless, on June 1, 2023, Plaintiff filed an objection to Defendants' reply in support

4   of the motion to dismiss.  (ECF No. 50.)  Construing the filing as a surreply, on June 5, 2023,

5   Defendants filed a motion to strike the unauthorized surreply.  (ECF No. 51.)  While Plaintiff has

6   not yet had an opportunity to file a response to Defendants' motion, the Court finds a response

7   unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

8          As Plaintiff was previously informed, neither the Federal Rules of Civil Procedure nor the

9   Local Rules contemplate the filing of a surreply.  *See* Local Rule 230(l).  No further briefing on

10  Defendants' motion to dismiss is permitted absent leave of Court.  The Court did not grant

11  Plaintiff leave to file a surreply or Plaintiff's request for extension of time to file a surreply, and

12  the Court does not desire any further briefing on the motion.  In an abundance of caution, the

13  Court briefly reviewed the filing, and does not find that it raises any new arguments that could not

14  have been raised in Plaintiff's original brief in opposition to the motion to dismiss.

15         Accordingly, Plaintiff's surreply, (ECF No. 50), is HEREBY STRICKEN from the record

16  and Defendants' motion to dismiss will be addressed in due course.

17
18  IT IS SO ORDERED.

19     Dated:   **June 6, 2023**                          /s/ *Barbara A. McAuliffe*         _
20                                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28