1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JAY M. GOLDMAN, State Bar No. 168141
   TESSA R. LESSNER, State Bar No. 293610
3  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4450
5    Fax:  (415) 510-3578
     E-mail:  Tessa.Lessner@doj.ca.gov
6  *Attorneys for Defendants
   Dr. Mitchell and Dr. Showalter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TREAUNA L. TURNER,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**M. PALLARES, et al.,**<br><br>                              Defendants. | 1:21-cv-01721-JLT-BAM (PC)<br><br>**NOTICE OF DEATH OF PLAINTIFF TREAUNA L. TURNER**<br><br>Judge:            Hon. Anthony W. Ishii<br>Action Filed:  December 6, 2021 |

**NOTICE OF DEATH OF PLAINTIFF TREAUNA L. TURNER**

   **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: DEFENDANTS** Dr. Mitchell and Dr. Showalter hereby notify as follows:

Counsel for Defendants Mitchell and Showalter are informed that, on May 1, 2024, Plaintiff Treauna L. Turner (Turner) passed away.  Ms. Turner litigated this case *in propia persona*.

   Defense counsel was informed by the California Department of Corrections and Rehabilitation that Turner provided the name and address for two family members, a son and a daughter, to be notified in the event of her death: Bre'auna D. Clay; and Lorenzo Clay III.  This notice will be served on Bre'auna D. Clay and Lorenzo Clay III with a copy of Turner's complaint as filed with the Court in the manner identified in Rule 4 of the Federal Rules of Civil

Procedure.

Under Federal Rule of Civil Procedure 25(a), if a motion for substitution is not filed within 90 days after service of a statement noting the death, the action of the decedent must be dismissed.

Dated: May 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

TESSA R. LESSNER
Deputy Attorney General
*Attorneys for Defendants*
*Dr. Mitchell and Dr. Showalter*

SA2023300497
44168151.docx

# CERTIFICATE OF SERVICE

Case Name:  *Treauna Turner v. Pallares, et al.*
Case No.   **1:21-cv-01721-JLT-BAM (PC)**

I hereby certify that on May 17, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF DEATH OF PLAINTIFF TREAUNA L. TURNER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 17, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Treauna L. Turner (WE-0519)
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA  93610

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 17, 2024, at San Francisco, California.

| B. Chung | *[signature]* |
|---|---|
| Declarant | Signature |

SA2023300497/44168830.docx